IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVE HERNANDEZ,

Petitioner,

vs.　　　　　　　　　　　　　　　　　　　　No. CIV-10-562 MV/WDS

MIKE HEREDIA, Warden, and
GARY K. KING,
Attorney General for the
State of New Mexico,

Respondents.

ORDER TO PRODUCE PARTIAL RECORD PROPER

　　　The Court having entertained this habeas corpus petition and application to proceed in forma pauperis pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 1915, the Respondent having answered the petition, and the Court having determined that Petitioner has exhausted his state court remedies as to the issues raised in the petition,

　　　IT IS ORDERED that the Respondent Mike Heredia cause the following state court records and transcripts to be forwarded to this Court for the purpose of examination and review, with the assurance that the state court records and transcripts will be returned to the clerk of the proper court, or other appropriate state custodian, upon the termination of the proceedings herein:

　　　Transcripts of Petitioner's Plea Hearing and Sentencing

Respondent must file with the Clerk and serve on Petitioner a notice that the record of the above proceedings is complete.

　　　IT IS FURTHER ORDERED that the Clerk forward to Petitioner a certified copy of this

order and forward copies of all orders, pleadings and supporting papers filed in this proceeding to petitioner.

                                                                                                                                                             _____
                                                                                                                                                           W. Daniel Schneider
                                                                                                                                                           United States Magistrate Judge